IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:12-CR-188-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>v. )<br>  )<br>ANDREW EUGENE STOWE, )<br>  Defendant. )<br>  ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant to the undersigned (Document No. 226) received in chambers on August 20, 2012. In the letter, which the Court will consider a motion, Mr. Stowe asks for a new bond.

The record reflects that Mr. Stowe is represented by appointed counsel, Kenneth D. Snow. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Stowe has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Stowe's request for a bond is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Snow.

**SO ORDERED.**

Signed: August 21, 2012

David C. Keesler
United States Magistrate Judge